UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. SAYRE, | No. 2:14-cv-1502-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants | |

Plaintiff Eric L. Sayre commenced this action on June 24, 2014 and paid the filing fee. (ECF No. 1.) At the time that the case was filed, it was designated as a *pro se* action. Then, on August 7, 2014, plaintiff electronically filed a first amended complaint. (ECF No. 6.) Electronic filing by *pro se* litigants is ordinarily not permitted, except with prior approval of the court. See E.D. Cal. L.R. 183(c). However, upon further review and consultation with the Clerk of Court, it appears that Mr. Sayre, although representing himself in this action, is a licensed attorney on active status with the California Bar, and has been admitted to practice before this court as of December 2003. The Clerk of Court's records also reflect that Mr. Sayre was issued a CM/ECF login and password around May 9, 2014. As such, in light of Mr. Sayre's attorney status and membership of the bar of this court, it appears that the action was inadvertently misclassified as a *pro se* action and should be re-designated as a regular civil action.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall re-designate this action as a regular civil action.
2. The action is referred to the assigned United States District Judge.  Further proceedings in this action, other than discovery motions and other matters appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the assigned United States District Judge.
3. All pending dates before the undersigned, including the November 13, 2014 status conference, are vacated.

IT IS SO ORDERED.

Dated:  August 8, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE